GEORGE R. CLARK, Respondent, *v.* CALVIN SMITH, as Administrator, etc., Appellant.

(Submitted February 29, 1892; decided March 15, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made April 16, 1891, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*H. J. Swift* for appellant.

*Charles F. Whitcher* for respondent.

Agree to affirm, with ten per cent damages for delay; no opinion.

All concur.

Judgment affirmed.